Michael O. Hardison, Esq.
Edward W. Floyd, Esq.
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRIME TANKERS LLC,<br><br>                         Plaintiff,<br><br>        -against-<br><br>KESRI OIL PRIVATE LIMITED,<br><br>                         Defendants. | 08 Civ. 4816 (DC)<br>ECF CASE<br><br><br><br><br>**RULE 7.1 STATEMENT** |

Pursuant to the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are the corporate parents, subsidiaries, or affiliates of such parties which are publicly held in the United States:

**NONE**

Dated: New York, New York
     May 23, 2008

                         EATON & VAN WINKLE LLP

                By:   /s/ Michael O. Hardison
                       Michael O. Hardison

                    3 Park Avenue
                    New York, New York 10016-2078
                    (212) 779-9910

                    Attorneys for Plaintiff