Michael O. Hardison, Esq.
Edward W. Floyd, Esq.
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Plaintiff

CHIN, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-23-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRIME TANKERS LLC,

                Plaintiff,

-against-

KESRI OIL PRIVATE LIMITED,

                Defendants.

**ORDER APPOINTING PERSON TO SERVE PROCESS**

An application having been made by Plaintiff for an Order Appointing A Person To Serve Process pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and the provisions of Rule B (1)(d)(ii) of the Supplemental Rules For Certain Admiralty And Maritime Claims,

NOW, on reading and filing the Declaration of Michael O. Hardison, Esq., dated May 23, 2008 and good cause having been shown, it is hereby

ORDERED, that Michael O. Hardison, Esq., or any other partner, associate, paralegal or agent of Eaton & Van Winkle LLP be and hereby is appointed, in addition to the United States Marshall, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishees listed in the Process, together with any other garnishees who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for or

on account of Defendant Kesri Oil Private Limited.

Dated: New York, New York
       May **23**, 2008

                                                                                  U.S.D.J.